In re Peter KITE and David Hatton.

No. 2009–1579.

United States Court of Appeals,
Federal Circuit.

June 21, 2010.

Robert G. Mukai, Buchanan Ingersoll & Rooney PC, of Alexandria, VA, argued for appellants. With him on the brief was Travis D. Boone.

Thomas J. Krause, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Benjamin D.M. Wood, Associate Solicitor.

NEWMAN, GAJARSA, and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.